UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ida Eichten,                                                 Case No.: 06-3729 (PAM/JSM)

                Plaintiff,

                                                    **ORDER OF DISMISSAL**

vs.

Wal-Mart Stores, Inc.,

Defendant.

---

      **Based upon the Stipulation of counsel:**

      **IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                    BY THE COURT


Dated:    December 10  , 2007       s/Paul A. Magnuson
                                                     Paul A. Magnuson
                                                     Judge of U.S. District Court